[No. 9653–6–II. Division Two. February 9, 1988.]

*In the Matter of the Marriage of* EDITH E. NORLUND, *Respondent, and* MELVIN O. NORLUND, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 7161, Ted Kolbaba, J., entered February 13, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 8151–6–III. Division Three. February 9, 1988.]

FRANCES L. BOND, *Respondent,* v. GARRY A. JOHNSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–02847–8, John A. Schultheis, J., entered September 30, 1986. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Thompson, JJ.

[No. 7309–2–III. Division Three. February 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN ALLEN PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–1–00404–4, William J. Grant, J., entered July 12, 1985. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 10423–7–II. Division Two. February 10, 1988.]

*In the Matter of the Marriage of* ERNEST N. THARP, *Appellant, and* PHYLLIS M. THARP, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 41564, Daniel J. Berschauer, J., entered October 13, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.